# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133473

PHIL FORNER,
      Petitioner-Appellant,

v

ROBINSON TOWNSHIP BUILDING
DEPARTMENT,
      Respondent-Appellee.

SC: 133473
COA: 270597
Construction Code
Commission: 06-000003

_____/

On order of the Court, the application for leave to appeal the December 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

d0618